UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>TRAVIS CHAPMAN, *et al*.,<br><br>　　　　　　　　　　Defendants | Case No. 2:21-cv-02022-APG-NJK<br><br>**ORDER** |

**I.　　DISCUSSION**

Plaintiff initiated this case with a civil rights complaint and an old application to proceed *in forma pauperis*. Docket Nos. 1, 1-1. On November 15, 2021, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* ("IFP application"), including current financial information, or pay the full $402 filing fee for a civil action - on or before January 11, 2022. Docket No. 3. On January 10, 2022, Plaintiff filed a motion for a court order to process payment. Docket No. 4. On February 7, 2022, Plaintiff filed exhibits to his motion. Docket No. 5. The exhibits indicate that Plaintiff's request that the Nevada Department of Corrections ("NDOC") forward payment for the filing fee in this case was denied because Plaintiff failed to provide a case number. *Id.* at 2. Plaintiff appears to indicate in a grievance form that he did provide the case number. *Id.* at 3.

The Court cannot direct payment from NDOC; rather, Plaintiff must request payment from NDOC. As such, Plaintiff's motion for the Court to process his payment is denied. However, as it appears that the payment was not made due to an error, either on the part of Plaintiff or on the part of NDOC, the Court will grant Plaintiff **one final opportunity** to either pay the full $402 filing fee or submit a fully complete application to proceed *in forma pauperis* to the Court, on or before **May 16, 2022**. *See Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (providing that "district court need not exhaust every sanction short of dismissal before finally dismissing a case but must explore possible and meaningful alternatives").

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for the Court to process his payment, Docket No. 4, is **DENIED**.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved IFP application by an inmate, as well as the document entitled information and instructions for filing an *in forma* pauperis application.

IT IS FURTHER ORDERED that, on or before **May 16, 2022**, Plaintiff must either: (1) file a fully complete IFP application, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $402 fee for filing a civil action (which includes the $350 filing fee and the $52 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, this case will be subject to dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to submit a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action.

DATED:  March 17, 2022

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE